

# Fourth Court of Appeals
## San Antonio, Texas

May 2, 2019

No. 04-18-00742-CV

**IN THE INTEREST OF I.L., ET AL., CHILDREN,**

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-01935
The Honorable Linda A. Rodriguez, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice (Dissenting)
                 Rebeca C. Martinez, Justice
                 Luz Elena D. Chapa, Justice

In this accelerated appeal involving appellant's parental rights, appellee filed an April 25, 2019 motion requesting an additional 32 days to file a motion for rehearing. The sole basis for the request is to "contact" the visiting judge who presided at the October 10, 2018 trial "to find out if the trial judge signed the [October 11, 2018] order inadvertently or if the judge changed her mind between pronouncing judgment orally and signing the order, as she is entitled by law to do. As this was a visiting judge, it will be more difficult to contact her and I have to wait until she's assigned again."

Having considered the motion, the nature of this case, and all filings in this appeal, appellee's motion for an extension of time is hereby DENIED. *See Sabine Offshore Serv., Inc. v. City of Port Arthur*, 595 S.W.2d 840, 841 (Tex. 1979) (stating we generally may not consider matters outside of the appellate record); *In re I.L.*, No. 04-18-00742-CV, 2019 WL 1549914, at *11 (Tex. App.—San Antonio Apr. 10, 2019, no pet. h.) (stating that even when a trial court changes its mind, granting unrequested relief is error); *see also* TEX. R. JUD. ADMIN. 6.2(a) (requiring prompt disposition of certain appeals involving parental rights); TEX. R. APP. P. 49.4 ("In an accelerated appeal, the appellate court may deny the right to file a motion for rehearing . . . .").

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of May, 2019.



KEITH E. HOTTLE,
Clerk of Court